IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA BLACKWELL and
JANET KOPSIC,

      Plaintiffs,

-vs-

KAMADULSKI EXCAVATING &
GRADING CO., INC.,

      Defendant.                      No.  13-cv-78-DRH

## ORDER

**HERNDON, Chief Judge**

      Having been advised by counsel for the parties that the above action has been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of this Order.  **The parties are ordered to abide by the terms of any settlement agreement and/or release entered into as part of the settlement.**  Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment until a later date.  In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

      **IT IS SO ORDERED.**

      **DATED:** September 13, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.13
16:11:44 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT