IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA BLACKWELL and
JANET KOPSIC,

Plaintiffs,

-vs-

KAMADULSKI EXCAVATING &
GRADING CO., INC.,

Defendant.                                              No. 13-cv-78-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' joint motion to dismiss with prejudice (Doc. 29). The parties move the Court to dismiss this action with prejudice. The Court **GRANTS** the motion and directs the Clerk to close the file and enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 15th day of November, 2013.

David R. Herndon
2013.11.15
09:03:22 -06'00'

**Chief Judge**
**United States District Court**