UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

LISA BLACKWELL and
JANET KOPSIC,

    Plaintiffs,

v.

KAMADULSKI EXCAVATING &
GRADING CO., INC.,

    Defendant.                                             No. 13-cv-78-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the parties' Joint Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on November 15, 2013 granting the Joint Motion to Dismiss (Doc. 30), this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                  BY:    /s/*Sara Jennings*
                                              Deputy Clerk

Dated:   November 15, 2013

                          David R. Herndon
                          2013.11.15
                          10:06:39 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT